# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| United States of America | ) |
|---|---|
| v. | ) |
| Kody Ryan Kelso<br>[DOB: 2-22-1991] | ) Case No.<br>) 21-mj-2037DPR<br>) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  1/1/2021 through 6/16/2021  in the county of  Greene  in the
 Western  District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and 2251(e) | Sexual Exploitation of Children |

This criminal complaint is based on these facts:

See attached Affidavit of Homeland Security Investigations Task Force Officer Brian Martin (Attachment B).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI TFO Brian Martin
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: 6/17/21

_____
*Judge's signature*

City and state: Springfield, Missouri

Chief United States Magistrate Judge David P. Rush
*Printed name and title*