# ATTACHMENT A

**CHARGE:**

Beginning on an unknown date, but as early as January 1, 2021, and continuing through June 16, 2021, in Greene County, in the Western District of Missouri, and elsewhere, the defendant, **KODY RYAN KELSO**, did, and attempted to, employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was intended to be transported in interstate commerce, all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**RANGE OF PUNISHMENT**

18 U.S.C. § 2251(a) and § 2251(e)
NLT 15 Years Imprisonment
NMT 30 Years Imprisonment
NMT $250,000 Fine
NLT 5 Years or Life Supervised Release

$100 Special Assessment

$5,000 JVTA Special Assessment