IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 21-3082-01-CR-S-SRB |
| KODY RYAN KELSO, ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now Michelle M. Law, Assistant Federal Public Defender, and hereby moves the Court to enter an order allowing her to withdraw as counsel for Mr. Kelso. The reasons for this motion are as follows:

1. On June 21, 2021, the Federal Public Defender's Office for the Western District of Missouri was appointed to represent Defendant. On June 21, 2021, undersigned counsel entered her appearance as the attorney of record for Mr. Kelso.

2. On September 22, 2022, attorney David Mercer entered his appearance in this case because undersigned counsel joined the Capital Habeas Unit of the Federal Defender's office and is no longer working on trial cases. Counsel moves to withdraw as the attorney of record in this trial case.

WHEREFORE, for the reason stated herein, the undersigned counsel respectfully requests this Court grant her leave to withdraw as counsel.

1

Respectfully submitted,

*/s/ Michelle M. Law*
**MICHELLE M. LAW, #45487**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

November 15, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/ Michelle M. Law*
**MICHELLE M. LAW**

2