IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 21-3082-01-CR-S-SRB |
| KODY RYAN KELSO, | ) | |
| Defendant. | ) | |

## UNCONTESTED MOTION TO CONTINUE SENTENCING HEARING

Comes now Defendant, Kody Ryan Kelso, and hereby moves that the sentencing hearing set for November 23, 2022, be continued until a later date. The Government, by and through Assistant United States Attorney Stephanie Wan, does not object to this proposed continuance. Mr. Kelso desires this continuance because he strongly desires that his family have the opportunity to attend. These family members are not able to attend on the 23rd.

WHEREFORE, the Defendant, Kody Ryan Kelso, hereby moves that the sentencing hearing set for November 23, 2022, be continued until a later date.

Respectfully submitted,

*/s/ David R. Mercer*
**DAVID R. MERCER, #36572**
First Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

> */s/ David R. Mercer*
> **DAVID R. MERCER**